**Dismissed and Memorandum Opinion filed January 14, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00752-CR

---

**DARLEN G. SCHNEXNAIDER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court at Law No. 1
Fort Bend County, Texas
Trial Court Cause No. 10CCR150286**

---

## M E M O R A N D U M    O P I N I O N

Appellant Darlen G. Schnexnaider appeals the denial of an application for writ of habeas corpus.

On October 1, 2013, this court ordered a hearing to determine why the reporter's record had not been filed in this case. On October 18, 2013, the trial court conducted the hearing, and the record of the hearing was filed in this court on

October 30, 2013. At that time, the trial court found appellant indigent and ordered preparation of the record.

On December 2, 2013, appellant's counsel filed a motion to withdraw as counsel and a motion to abate the appeal because appellant expressed her desire to not proceed with the appeal. Appellant, however, refused to "put her desire of dismissing her appeal in writing." On December 5, 2013, this court abated the appeal and ordered the trial court to conduct a hearing to determine whether appellant desired to prosecute her appeal. On December 19, 2013, the trial court held a hearing at which appellant failed to appear. The trial court made a finding on the record that appellant had abandoned her appeal.

Appellant has not filed a written motion to withdraw the appeal or a written motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a). However, based upon the trial court's findings at the hearing that appellant does not want to continue her appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* Tex. R. App. P. 2.

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Wise.

Do Not Publish — Tex. R. App. P. 47.2(b).

2